# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

SCOTT GREEN,

        Plaintiff,

vs.

MARGARET GREEN,

        Defendant.

2:15-cv-01795-GMN-VCF

**ORDER**

Before the court is the Petition for Return of Children to Petitioner (#1).

IT IS HEREBY ORDERED that a telephonic status hearing regarding the Petition for Return of Children to Petitioner (#1) is scheduled for 10:00 a.m., September 25, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 21st day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE