# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

SCOTT GREEN,

        Plaintiff,

vs.

MARGARET GREEN,

        Defendant.

2:15-cv-01795-GMN-VCF

**ORDER SETTING BRIEFING SCHEDULE AND HEARING**

On September 18, 2015, Petitioner, Scott Green, commenced this action by filing a Petition for Return of Children to Petitioner ("the Petition") (#1). On September 28, 2015, Marshal S. Willick entered an appearance on behalf of Respondent Margaret Green (#13).

Consistent with the minutes of proceedings held on September 25, 2015, (#12),

IT IS HEREBY ORDERED, on or before October 2, 2015, Petitioner must file a redacted version of the Petition which complies with the Federal Rules of Civil Procedure 5.2;

IT IS FURTHER ORDERED that Respondent's response to the Petition must be filed and served by October 5, 2015; Petitioner's reply in support of the Petition must be filed and served by October 13, 2015, and a hearing on this matter is scheduled for 1:30 p.m., October 15, 2015, in courtroom 3D.

IT IS FURTHER ORDERED that counsel for Respondent must bring the children's passports to the October 15, 2015, hearing.

DATED this 29th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE