**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SCOTT GREEN,

            Plaintiff,

vs.

MARGARET GREEN,

            Defendant.

2:15-cv-01795-GMN-VCF

**ORDER**

      Before the court is Scott Green's Ex Parte Motion for Permission to Appear by Telephone (#20).

      Pursuant to Local Rules 7-5(b) and (c), *ex parte* motions must contain a statement showing good cause why the matter was submitted to the Court without notice to all parties and requests may be summited *ex parte* only for compelling reasons, and not for unopposed or emergency motions.  Here, Mr. Green failed to comply with this rule as he has not stated any reasons why this motion should be considered *ex parte*.  Respondent Margaret Green has appeared in this case and should receive notice of this motion by electronic service.

      Accordingly,

      IT IS HEREBY ORDERED that the *ex parte* status on Mr. Green's *Ex Parte* Motion for Permission to Appear by Telephone (#20) be removed.

      The Clerk of Court is directed to email a copy of this motion to Respondent Margaret Green via CM/ECF.

      IT IS FURTHER ORDER that the Motion for Permission to Appear by Telephone (#20) is GRANTED.  Mr. Scott Green may appear telephonically at the hearing on October 15, 2015 at 1:30 p.m. The call in telephone number is (702) 868-4911, access code: 123456.  The call must be made five minutes

prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 13th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE