UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT GREEN,<br><br>　　　　　Petitioner,<br>　vs.<br><br>MARGARET GREEN,<br><br>　　　　　Respondent. | Case No.: 2:15-cv-01795-GMN-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FERENBACH** |

　　　　Before the Court for consideration is the Report and Recommendation (ECF No. 28) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 6, 2015.

　　　　Pursuant to Local Rule IB 3-2(a), objections were due by November 23, 2015.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that Petitioner's Motion for Return of Children (ECF No. 8) and Petition for Warrant (ECF No. 9) be denied.  Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

　　　　**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 28) is **ACCEPTED and ADOPTED in full.**  Petitioner's Motion for Return of Children (ECF No. 8) and Petition for Warrant (ECF No. 9) are **DENIED**.

　　　　**DATED** this  23  day of November, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court